Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| CAROLYN FORD,<br><br>            Plaintiff,<br>vs.<br><br>RELAXING REMEDY OF AMERICAN FORK L.L.C., a Utah Limited Liability Company, ROBINSON & WILSON REALTY, INC., a Utah Corporation, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>            Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-627-DB-EJF<br><br>Judge Dee Benson |

    This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on January 4, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

    IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

1

DATED the 9th day of January, 2017.

BY THE COURT

_____
Dee Benson
United States Judge

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 4th day of January, 2017, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/     Matthew B. Crane
Matthew B. Crane

2